**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LESLIE NIEVES**

    **PLAINTIFF,**

V.                                   **CASE NO.: 6:19-CV-01495-CEM-LRH**

**PRO-DEMOLITION, INC.,**
A Florida Corporation, and
**EDWARD WARREN, Individually,**

    **DEFENDANTS.**
_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

1. **LESLIE NIEVES – Plaintiff**
2. **PRO-DEMOLITION, INC. – Defendant**
3. **EDWARD WARREN - Defendant**
4. **GREGORY SCHMITZ, ESQ. – Counsel for Plaintiff**
5. **MORGAN & MORGAN, P.A. – Counsel for Plaintiff**

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

1. **None Known**

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

1. **None other than those identified in #1 above.**

4) The name of each victim (individual or corporate), including every person who may be entitled to restitution:

    **1. LESLIE NIEVES – Plaintiff**

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of such conflict.

Dated:  August 28, 2019

    **/s/ Gregory R. Schmitz**
    GREGORY R. SCHMITZ, ESQ.
    Florida Bar No.:  0094694
    20 North Orange Avenue, Suite 1400
    Orlando, Florida 32801
    Telephone:  (407) 204-2170
    Facsimile:  (407) 245-3401
    E-mail: gschmitz@forthepeople.com
         mbarreiro@forthepeople.com
    ***Attorney for Plaintiff***