# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LESLIE NIEVES,**

       **Plaintiff,**

**v.**                                                                       Case No:   6:19-cv-1495-Orl-41LRH

**PRO-DEMOLITION, INC. and EDWARD WARREN,**

       **Defendants.**

## ORDER TO SHOW CAUSE

On September 25, 2019, the Plaintiff filed a waiver of service indicating that the Defendants' response to the Complaint was due sixty-days from September 19, 2019. (Doc. 8). Therefore, the deadline to respond to the Complaint was November 18, 2019. The Defendants have not responded to the Complaint, and the time to do so has passed. Despite this fact, the Plaintiff has failed to promptly move for entry of clerk's default as required by the Local Rules. *See* Local Rule 1.07(b) ("When service of process has been effected but no appearance or response is made within the time and manner provided by Rule 12, Fed.R.Civ.P., the party effecting service shall *promptly* apply to the Clerk for entry of default pursuant to Rule 55(a), Fed.R.Civ.P." (emphasis added)). Therefore, the Plaintiff will be required to show cause why sanctions, including, but not limited to, dismissal of the Complaint, should not be imposed for failure to promptly move for clerk's default against the Defendants.

Accordingly, it is **ORDERED** that:

1. **On or before December 27, 2019**, the Plaintiff shall show cause in writing why sanctions, including, but not limited to, dismissal of the Complaint, should not be imposed for failure to promptly move for clerk's default against the Defendants.

2. **The failure to respond to this Order in the time provided may result in the dismissal of the Complaint without further warning**.

**DONE** and **ORDERED** in Orlando, Florida on December 20, 2019.

*Leslie R. Hoffman*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties