UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LESLIE NIEVES,**

      **Plaintiff,**

v.                                                       **Case No:  6:19-cv-1495-Orl-41LRH**

**PRO-DEMOLITION, INC. and
EDWARD WARREN,**

      **Defendants.**
_____/

### ORDER

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement ("Joint Motion," Doc. 17). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation ("R&R," Doc. 18), in which she recommends granting the Motion and approving the Settlement Agreement (Doc. 17-1). (Doc. 18 at 6–7). After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 17) is **GRANTED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record